

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00765-CR

**IN RE** Alula F. **HAGOS**

Original Mandamus Proceeding[1]

**ORDER**

On October 29, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 13, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CR-9097, styled *The State of Texas v. Alula F. Hagos*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.